UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANA STOWERS,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | Case No. 2:24-cv-00814-RSM-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE |

　　Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

　　(1)　The Court ADOPTS the Report and Recommendation.

　　(2)　This action is TRANSFERRED to the United States District Court for the Eastern District of Missouri. The Clerk is directed to take the necessary steps to transfer this case.

　　(3)　The Clerk is directed to send copies of this Order to the parties and to Judge Fricke.

//

//

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION AND TRANSFERRING CASE - 1

1     DATED this 2nd day of August, 2024.

 

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION AND TRANSFERRING CASE - 2